No. 15-2385, 15-2386
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT
_____

KLEEN PRODUCTS LLC, *et al.*,
individually and on behalf of all others similarly situated,
*Plaintiffs-Appellees*,

v.

INTERNATIONAL PAPER CO., *et al.*,
*Defendants-Appellees*.
_____

On Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division
No. 1:10-cv-05711, The Honorable Harry D. Leinenwebber, District Judge
_____

# CONSENT MOTION FOR EXTENSIONS
# OF WORD LIMIT AND OF TIME
_____

Plaintiffs-Appellees ("Plaintiffs") seek leave to file a joint consolidated brief that is no longer than 21,000 words, on or before September 24, 2015. Defendants-Appellants ("Defendants") consent to this relief, subject to certain conditions set forth below. In support of their motion, Plaintiffs state as follows:

**1.** On July 2, 2015, after granting permission for this appeal, this Court issued an order providing for Defendants "to file their respective briefs . . . on or before August 10, 2015," and for Plaintiffs "to file their joint consolidated brief on or before September 9, 2015." ECF No. 2, at 1.

**2.** On August 10, 2015, one group of four Defendants filed a brief of 13,998 words, *see* ECF No. 18-2, and the remaining Defendant ("RockTenn") filed a brief of 8,318 words, *see* ECF No. 16.

**3.** Plaintiffs will file a single consolidated brief as directed by this Court, but request an extension of the word limit so that their brief may be up to 21,000 words, roughly equal to the combined number of words in Defendants' briefs (22,316).

**4.** Plaintiffs, who have recently retained undersigned counsel for this appeal, also respectfully request a modest 15-day extension of the due date for their brief.

**5.** Defendants have stated that they consent to the relief requested under two conditions. First, Defendants consent to the extension of the word limit on the condition that Plaintiffs use any additional words granted by the Court solely to address the separate issues raised in RockTenn's brief. Second, Defendants consent to the extension of the time limit on the condition that Plaintiffs consent in this motion to a 10-day extension of the due date for Defendants' reply.

**6.** Plaintiffs agree with, and will abide by, those conditions, including by consenting to a 10-day extension for Defendants' reply. Plaintiffs accordingly urge that this consent motion be granted; that the Court grant Plaintiffs leave to file

a brief of 21,000 words no later than September 24, 2015, and that the Court grant Defendants an extension until October 19, 2015, to file any reply brief(s).

Dated:  August 14, 2015

Respectfully submitted,

 s/ *Aaron M. Panner*
Aaron M. Panner
KELLOGG, HUBER, HANSEN,
 TODD, EVANS & FIGEL, PLLC
1615 M Street NW, Suite 400
Washington, DC 20036
(202) 326-7900

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 14, 2015, I electronically filed the foregoing Consent Motion for Extensions of Word Limit and of Time with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

         s/ *Aaron M. Panner*
         Aaron M. Panner