# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 19, 2015

Before

WILLIAM J. BAUER, *Circuit Judge*

| Nos. 15-2385 and 15-2386 | KLEEN PRODUCTS LLC, et al., Plaintiffs - Appellees<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cv-05711<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber ||

The following are before the court:

1. **UNOPPOSED MOTION OF THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA TO FILE A BRIEF AS *AMICUS CURIAE* IN SUPPORT OF REVERSAL**, filed on August 17, 2015, by Attorney Daniel M. Sullivan.

2. **MOTION OF ECONOMISTS FOR LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS**, filed on August 17, 2015, by Attorney Gerald P. Meyer.

**IT IS ORDERED** that the motions are **DENIED**.