Nos. 15-2385 & 15-2386

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

---

KLEEN PRODUCTS LLC, ET AL.,
individually, and on behalf of all others similarly situated,

*Plaintiffs – Appellees,*

*v.*

INTERNATIONAL PAPER CO., ET AL.

*Defendants – Appellants.*

---

On Appeal From The United States District Court
For The Northern District Of Illinois
Case No. 1:10-cv-05711 – Hon. Harry D. Leinenweber

---

**JOINT MOTION PURSUANT TO RULE 10(e) OF THE FEDERAL
RULES OF APPELLATE PROCEDURE FOR AN ORDER REMANDING CERTAIN
PORTIONS OF THE RECORD TO THE DISTRICT COURT**

---

Appellants International Paper Company, Temple-Inland Inc., Weyerhaeuser Company, RockTenn CP, LLC and Georgia-Pacific, LLC (collectively "appellants") and appellees (together, "the parties") respectfully jointly move, under Federal Rule of Appellate Procedure 10(e), to remand to the district court certain portions of the district-court record that were filed under seal pursuant to a protective order entered by that court in this case. In the alternative, the parties respectfully request that the items be maintained under seal an additional 21 days, until December 3, 2014, to allow the parties additional time to review the relevant documents and to inform third parties whose confidential information may be included therein.

1.      On August 15, 2011, the district court entered a protective order "in order to protect confidential business and trade secret information" of the parties as well as of third parties. District Court Docket Entry ("D.E.") 227, at 1. Pursuant to that order, the parties filed

numerous documents in the district court under seal because they contain such confidential information.

2.     On March 26, 2015, the district court granted appellees' motion to certify a class. On June 22, 2015, this Court granted appellants' petitions for permission to appeal that ruling under Federal Rule of Civil Procedure 23(f). Order, Nos. 15-8006 & 15-8007 (7th Cir. June 22, 2015).

3.     In July 2015, after these appeals were docketed (and consolidated) in this Court, appellants and appellees submitted in the district court designations of the record items most germane to class certification. *See* D.E.944 (appellants' designations); D.E.967 (appellees' designations).

4.     On October 26, 2015, the district court transmitted not only the items designated by the parties, but also numerous additional items, including hundreds of documents that were filed under seal to protect confidential information of the parties and of many third parties—that collectively span nearly 10,000 pages. *See* C.A. Dkt. 53 (original record on appeal).

5.     Pursuant to this Court's Internal Operating Procedure 10(a), all of the sealed record items that this Court received from the district court will be placed in the public record after 14 days, unless this Court orders otherwise. 7th Cir. IOP 10(a). On October 28, 2015 this Court ordered that all of those sealed items would be held under temporary seal until November 13, and permitted the parties until November 12 to request either that particular items be kept under seal in this Court, or that items that "did not form the basis of the parties' dispute and the district court's resolution" be returned to the district court. C.A. Dkt. 59, at 1.

6.     The parties respectfully request that this Court remand to the district court the items listed on Exhibit A to this motion. The items listed on Exhibit A contain a large amount of

confidential information of numerous third parties; reviewing this material, identifying particular portions should be maintained under seal, and notifying affected third parties in advance of November 13 would be burdensome.

7.      The parties believe that the most efficient course would be to return to the district court the sealed items contained on the schedule attached as Exhibit A (none of which were included in the parties' designations).   In the alternative, the parties respectfully request an extension of 21 days, until December 3, 2015, to request (or for third parties to request) that individual record items be maintained under seal.

## CONCLUSION

For the foregoing reasons, the motion should be granted.

Dated:   November 9, 2015

 /s/ Aaron M. Panner
Aaron M. Panner
LAW OFFICE OF AARON M. PANNER, PLLC
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326-7921

Gregory G. Rapaway
KELLOGG, HUBER, HANSEN,
  TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

*Counsel for Plaintiffs-Appellees*

Michael J. Freed
Steven A. Kanner
Robert J. Wozniak
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
(224) 632-4500

Daniel J. Mogin
Jodie Williams
THE MOGIN LAW FIRM, P.C.
707 Broadway
Suite 1000
San Diego, CA 92101
(619) 687-6611

*Co-Lead Counsel for Plaintiffs-
Appellees*

Respectfully submitted,

 /s/ Miguel A. Estrada
Miguel A. Estrada
Jonathan C. Bond
Jesenka Mrdjenovic
Lindsay S. See
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
mestrada@gibsondunn.com

*Counsel for Defendant-Appellant
Georgia-Pacific LLC*

James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI  53202
(414) 297-5530

Nathan P. Eimer
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL  60604
(312) 660-7600

*Counsel for Defendant-Appellant
International Paper Company*

Andrew S. Marovitz
Britt M. Miller
Joshua Yount
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

Michael B. Kimberly
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
(202) 263-3127

*Counsel for Defendant-Appellant*
*Temple-Inland Inc.*

Matthias A. Lydon
James F. Herbison
Michael P. Mayer
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600

Elizabeth Papez
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5000

*Counsel for Defendant-Appellant*
*RockTenn CP, LLC*

Ryan A. Shores
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 955-1500

Beth A. Wilkinson
Alexandra M. Walsh
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
(202) 223-7300

*Counsel for Defendant-Appellant*
*Georgia-Pacific LLC*

Margaret H. Warner
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

Stephen Y. Wu
Michelle S. Lowery
MCDERMOTT WILL & EMERY LLP
227 W. Monroe Street
Suite 4400
Chicago, IL 60606
(312) 372-2000

*Counsel for Defendant-Appellant*
*Weyerhaeuser Company*

**EXHIBIT A**
**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| 02/06/2012 SFD | 289 | SEALED EXHIBIT by Defendants Cascades, Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, RockTenn CP, LLC, Temple-Inland, Inc., Weyerhaeuser Company regarding statement, 288 (Attachments: # 1 Exhibit 16, # 2 Exhibit 17, # 3 Exhibit 18, # 4 Exhibit 19, # 5 Exhibit 20, # 6 Exhibit 21, # 7 Exhibit 22, # 8 Exhibit 29, # 9 Exhibit 35, # 10 Exhibit 36, # 11 Exhibit 38, # 12 Exhibit 39, # 13 Exhibit 43)(Eimer, Nathan) (Entered: 02/06/2012) |
| 07/27/2012 SFD | 346 | SEALED DOCUMENT by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. Motion to Compel Defendants to Produce Documents and Data From All Reasonably Accessible Sources [Judge Nolan] (Attachments: # 1 Index of Exhibits (w/ Exs A-E) (SEALED))(Freed, Michael) (Entered: 07/27/2012) |
| 08/10/2012 SFD | 357 | SEALED DOCUMENT by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. Motion to Compel Georgia-Pacific to Include Additional Document Custodians (J. Nolan) (Attachments: # 1 Index of Exhibits, # 2 Exhibits 1-10)(Freed, Michael) (Entered: 08/10/2012) |
| 08/10/2012 SFD | 358 | SEALED DOCUMENT by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. |

**EXHIBIT A**
**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| | | Enterprises, Inc., RHE Hatco, Inc. Motion to Compel Norampac/Cascades to Include Additional Document Custodians (J. Nolan) (Attachments: # 1 Index of Exhibits, # 2 Exhibits 1-3)(Freed, Michael) (Entered: 08/10/2012) |
| 08/10/2012 SFD | 359 | SEALED DOCUMENT by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. Motion to Compel Temple-Inland to Include Additional Document Custodians (J. Nolan) (Attachments: # 1 Index of Exhibits, # 2 Exhibits A-D)(Freed, Michael) (Entered: 08/10/2012 |
| 08/10/2012 SFD | 362 | SEALED RESPONSE by Cascades Canada Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, RockTenn CP, LLC, Temple-Inland, Inc., Weyerhaeuser Company to sealed document, 346 , MOTION by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. to compel Defendants to Pr 345 - DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTIONS TO COMPEL REGARDING TIME PERIODS AND DATA SOURCES (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H - Cascades/Norampac, # 10 Exhibit H - Georgia Pacific, # 11 Exhibit H - International Paper, # 12 Exhibit H - PCA, # 13 Exhibit H - RockTenn, # 14 |

**EXHIBIT A**

**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| | | Exhibit H - Weyerhaeuser)(Marovitz, Andrew) (Entered: 08/10/2012) |
| 08/14/2012 SFD | 372 | SEALED MOTION by Defendant Georgia Pacific LLC MOTION FOR PROTECTIVE ORDER (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Declaration in Support of Motion)(Rashid, Sami) (Entered: 08/14/2012) |
| 08/17/2012 SFD | 374 | SEALED RESPONSE by Georgia Pacific LLC to sealed document, 357 , memorandum in support of motion 361 DEFENDANT GEORGIA-PACIFIC LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL TO INCLUDE ADDITIONAL DOCUMENT CUSTODIANS (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Rashid, Sami) (Entered: 08/17/2012) |
| 08/17/2012 SFD | 375 | SEALED RESPONSE by Cascades Canada Inc., Norampac Holdings U.S. Inc. to MOTION by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. to compel Norampac/Cascade 368 Opposition to Plaintiffs' Motion to Compel Additional Custodians (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Mendel, Scott) (Entered: 08/17/2012) |
| 08/17/2012 SFD | 377 | SEALED RESPONSE by Temple-Inland, Inc. to memorandum in support of motion 361 , sealed document, 359 -- DEFENDANT TEMPLE INLAND INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO |

**EXHIBIT A**

**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| | | COMPEL TEMPLE INLAND TO INCLUDE ADDITIONAL DOCUMENT CUSTODIANS (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10)(Marovitz, Andrew) (Entered: 08/17/2012) |
| 08/20/2012 SFD | 381 | SEALED DOCUMENT by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. Motion to Compel International Paper to Include Additional Document Custodians (Judge Nolan) (Attachments: # 1 Index of Exhibits & Exhibits 1-18)(Freed, Michael) (Entered: 08/20/2012) |
| 08/21/2012 SFD | 383 | SEALED DOCUMENT by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. Motion to Compel RockTenn to Include Additional Document Custodians (Judge Nolan) (Attachments: # 1 Index of Exhibits & Exhibits 1-7)(Freed, Michael) (Entered: 08/21/2012) |
| 08/21/2012 SFD | 388 | SEALED DOCUMENT by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. Opposition to Georgia-Pacific LLC's Motion for Protective Order (Judge Nolan) (Attachments: # 1 Index of Exhibits & Exhibits A-E, # 2 Exhibits F-R, # 3 Exhibits S-X)(Freed, Michael) (Entered: 08/21/2012) |
| 08/24/2012 | 392 | SEALED DOCUMENT by Plaintiffs Chandler Packaging, |

**EXHIBIT A**

**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| SFD | | Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. Joint Reply in Support of Motions to Compel Additonal Document Custodians (Attachments: # 1 Index of Exhibits & Exhibits 1-9)(Freed, Michael) (Entered: 08/24/2012) |
| 08/27/2012 SFD | 394 | SEALED REPLY by Georgia Pacific LLC to response in opposition to motion, 390 , SEALED MOTION by Defendant Georgia Pacific LLC MOTION FOR PROTECTIVE ORDER 372 GEORGIA-PACIFIC LLC'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER (Rashid, Sami) (Entered: 08/27/2012) |
| 08/28/2012 | 396 | SEALED DOCUMENT by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. Consolidated Reply in Support of Motions to Compel Production of Documents and Data From the the Time Periods Proposed by Plaintiffs and From All Reasonably Accessible Sources (J. Nolan) (Attachments: # 1 Index of Exhibits & Exhibits 1-16, # 2 Declaration of Timothy D. Hanners)(Freed, Michael) (Entered: 08/28/2012) |
| 09/04/2012 SFDS | 402 | SEALED DOCUMENT by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. Consolidated Reply in Further Support of Motions to Compel IP and RockTenn to Include Additional Document |

**EXHIBIT A**

**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|------|---------------|-------------|
| | | Custodians (J. Nolan) (Freed, Michael) (Entered: 09/04/2012) |
| 09/14/2012 SFD | 407 | SEALED DOCUMENT by Defendant Georgia Pacific LLC NOTICE OF FILING OF SUPPLEMENTAL TESTIMONY RELATED TO GEORGIA-PACIFIC LLC'S MOTION FOR PROTECTIVE ORDER (DKT NO. 373) (Attachments: # 1 Exhibit A: Supplemental Rule 30(b)(6) Deposition Testimony)(Rashid, Sami) (Entered: 09/14/2012) |
| 10/11/2012 SFD | 419 | SEALED DOCUMENT by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. Objections to September 28, 2012 Memorandum Opinion and Order of Magistrate Judge (Attachments: # 1 Index of Exhibit w/ Exhibits A-D)(Freed, Michael) (Entered: 10/11/2012) |
| 05/17/2013 SFD | 477 | SEALED EXHIBIT by Defendants Cascades Canada Inc., Georgia Pacific LLC, International Paper, Norampac Holdings U.S. Inc., Packaging Corporation of America, RockTenn CP, LLC, Temple-Inland, Inc., Weyerhaeuser Company Exhibits 4-9 regarding reply, 476 (Attachments: # 1 Exhibit 4, # 2 Exhibit 5, # 3 Exhibit 6, # 4 Exhibit 7, # 5 Exhibit 8, # 6 Exhibit 9)(Jones, Stephanie) (Entered: 05/17/2013) |
| 06/18/2013 SFD | 483 | SEALED MOTION by Defendant Georgia Pacific LLC to Compel Production of Documents from Named Plaintiff Chandler Packaging, Inc.'s Chief Financial Officer and Memorandum in Support Thereof (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit |

**EXHIBIT A**

**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| | | 13, # 15<br>Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit<br>18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21)(Figliulo, James)<br>(Entered: 06/18/2013) |
| 07/02/2013 SFD | 487 | SEALED RESPONSE by Chandler Packaging, Inc., Distributors Packaging<br>Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc.,<br>Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco,<br>Inc. to SEALED MOTION by Defendant Georgia Pacific LLC to Compel<br>Production of Documents from Named Plaintiff Chandler Packaging, Inc.'s<br>Chief Financial Officer and Memorandum in Support Thereof 483<br>(Attachments: # 1 Index of Exhibits (w/ Exhibits A-F), # 2 Declaration of<br>John Chandler)(Freed, Michael) (Entered: 07/02/2013) |
| 07/11/2013 SFD | 492 | SEALED REPLY by Georgia Pacific LLC to SEALED MOTION by<br>Defendant Georgia Pacific LLC to Compel Production of Documents from<br>Named Plaintiff Chandler Packaging, Inc.'s Chief Financial Officer and<br>Memorandum in Support Thereof 483 (Figliulo, James) (Entered:<br>07/11/2013) |
| 10/04/2013 SFD | 518 | SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Distributors<br>Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro<br>Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc.,<br>RHE Hatco, Inc. to Compel Production of Documents from Defendant<br>RockTenn CP, LLC (Attachments: # 1 Index of [Sealed] Exhibits (w/<br>Exhibits A-N), # 2 Declaration of Brian D. Clark)(Freed, Michael) (Entered:<br>10/04/2013) |
| 10/11/2013 | 523 | SEALED RESPONSE to Court's Observation on Oct. 10, |

**EXHIBIT A**
**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| | | 2013 with Respect to Plaintiffs' Motion (Attachments: # 1 Declaration of Michael P. Mayer, # 2 Exhibit 1-7)(McCareins, R.) (Entered: 10/11/2013) |
| 10/14/2013 SFD | 528 | SEALED RESPONSE to Court's Observations on Oct. 10, 2013 with Respect to Plaintiffs' Motion (Corrected) (Attachments: # 1 Declaration of Michael P. Mayer, # 2 Exhibit 1-7)(McCareins, R.) (Entered: 10/14/2013) |
| 10/31/2013 SFD | 533 | SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. for Protective Order Regarding the Deposition of Mark Wilde of Deutsche Bank Securities Inc. (Attachments: # 1 Declaration of Walter Noss, # 2 Exhibits 1-20 to Noss Decl., # 3 Exhibits 21-42 to Noss. Decl., # 4 Exhibits 43-62 to Noss Decl., # 5 Statement of Compliance with L.R. 37.2)(Freed, Michael) (Entered: 10/31/2013) |
| 11/05/2013 SFD | 541 | SEALED RESPONSE to Plaintiffs' Motion for a Protective Order Regarding the Deposition of Mark Wilde (Attachments: # 1 Declaration Stephen R. Neuwirth, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22)(Jones, Stephanie) (Entered: 11/05/2013) |
| 11/21/2013 | 546 | SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. |

**EXHIBIT A**
**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| | | Enterprises, Inc., RHE Hatco, Inc. to Compel Defendant RockTenn CP, LLC to Amend Privilege Log and Produce Certain Documents (Attachments: # 1 Declaration of B. Clark, # 2 Exhibits A-H to Clark Decl., # 3 Exhibits I-O to Clark Decl., # 4 Exhibit P to Clark Decl., # 5 Exhibits Q-X to Clark Decl.)(Freed, Michael) (Entered: 11/21/2013) |
| 11/25/2013 SFD | 552 | SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. to Compel Production of Documents From Deutsche Bank Securities Inc. (Attachments: # 1 Declaration of Walter W. Noss, # 2 Exhibits 1-18 to Noss Decl., # 3 Exhibits 19-36 to Noss Decl.)(Freed, Michael) (Entered: 11/25/2013) |
| 12/03/2013 SFD | 560 | SEALED RESPONSE by Georgia Pacific LLC to SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. to Compel Productio 552 (Attachments: # 1 Declaration Stephen R. Neuwirth, # 2 Exhibit 1-11)(Jones, Stephanie) (Entered: 12/03/2013) |
| 12/13/2013 SFD | 571 | SEALED RESPONSE by RockTenn CP, LLC to SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. to Compel Defendant 546 (Attachments: # 1 Declaration of Michael P. Mayer, # 2 |

**EXHIBIT A**
**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| | | Exhibit A-C to Declaration of Michael P. Mayer, # 3 Exhibit D to Declaration of Michael P. Mayer, # 4 Exhibit E-I to Declaration of Michael P. Mayer, # 5 Exhibit J-P to Declaration of Michael P. Mayer)(McCareins, R.) (Entered: 12/13/2013) |
| 01/08/2014 SFD | 583 | SEALED REPLY by Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. to response to motion, 576 (Attachments: # 1 Supplemental Declaration of Walter W. Noss w/ Exhibits 1-2)(Freed, Michael) (Entered: 01/08/2014) |
| 01/14/2014 SFD | 587 | SEALED MOTION by Defendant Packaging Corporation of America for Leave to File and to File Under Seal Defendants' Response to Plaintiffs' Reply in Support of Motion to Compel Production of Documents from Deutsche Bank Securities, Inc. (Echols, Barack) (Entered: 01/14/2014) |
| 01/15/2014 SFD | 589 | SEALED RESPONSE by Packaging Corporation of America to reply to response to motion, 584 Support of Motion to Compel the Production of Documents From Deutsche Bank Securities, Inc. (Echols, Barack) (Entered: 01/15/2014) |
| 03/05/2014 SFD | 609 | SEALED EXHIBIT by Defendant RockTenn CP, LLC regarding Response 608 (Mayer, Michael) (Entered: 03/05/2014) |
| 07/02/2014 SFD | 668 | SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. to Compel Defendant Weyerhaeuser Company to Identify or Produce Documents to Prepare Witness John Yerke for |

**EXHIBIT A**

**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|------|---------------|-------------|
|  |  | Deposition (Attachments: # 1 Declaration of C. Hammarskjold w/ Exhibits A-C)(Freed, Michael) (Entered: 07/02/2014) |
| 07/11/2014 SFD | 678 | SEALED RESPONSE by Weyerhaeuser Company to SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Distributors Packaging Group, LLC, Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. to Compel Defendant 668 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Marx, David) (Entered: 07/11/2014) |
| 07/15/2014 SFD | 685 | SEALED DOCUMENT by Defendant Georgia Pacific LLC Memorandum of Law in Support of Motion to Quash (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18)(Jones, Stephanie) (Entered: 07/15/2014) |
| 08/12/2014 SFD | 694 | SEALED DOCUMENT by Plaintiffs Chandler Packaging, Inc., Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. Plaintiffs' Opposition to Defendant Georgia-Pacific LLC's Motion to Quash Deposition Notice for James Hannan (Attachments: # 1 Index of Exhibits w/ Exhibits 1-19)(Freed, Michael) (Entered: 08/12/2014) |
| 08/14/2014 SFD | 697 | SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, MTM Packaging Solutions of Texas, LLC, Mighty Pac, Inc., R.P.R. Enterprises, |

4829-0921-3738.1

**EXHIBIT A**
**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| | | Inc., RHE Hatco, Inc. to Compel Defendants Georgia-Pacific LLC and RockTenn CP LLC to Provide Further Responses to Plaintiffs' Phone Records Discovery Requests (Attachments: # 1 Declaration of B. Clark with Exhibits 1-19)(Freed, Michael) (Entered: 08/14/2014) |
| 08/26/2014 | 711 | SEALED REPLY by Georgia Pacific LLC to MOTION by Defendant Georgia Pacific LLC to quash Deposition Notice 683 (Attachments: # 1 Declaration Declaration of James B. Hannan, # 2 Declaration Declaration of Deborah K. Brown, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3)(Jones, Stephanie) (Entered: 08/26/2014) |
| 08/29/2014 SFD | 721 | SEALED DOCUMENT by Defendant Temple-Inland, Inc. (Memorandum Support of Its Motion for a Protective Order) (Miller, Britt) (Entered: 08/29/2014) |
| 08/29/2014 SFD | 722 | SEALED DOCUMENT by Defendant Temple-Inland, Inc. (Declaration of Britt M. Miller in Support of Motion/Memorandum for Protective Order) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Miller, Britt) (Entered: 08/29/2014) |
| 08/29/2014 | 723 | SEALED DOCUMENT by Defendant Temple-Inland, Inc. (Declaration of Alana LaCombe in Support of Motion/Memorandum for Protective Order) (Miller, Britt) (Entered: 08/29/2014) |
| 09/03/2014 SFD | 730 | SEALED RESPONSE by Georgia Pacific LLC to SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, MTM Packaging Solutions of Texas, LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. to Compel Defen 697 (Attachments: # 1 Declaration of |

**EXHIBIT A**
**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|------|---------------|-------------|
| | | Deborah K. Brown, # Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Jones, Stephanie) (Entered: 09/03/2014) |
| 09/17/2014 SFD | 745 | SEALED DOCUMENT by Plaintiffs Chandler Packaging, Inc., Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, MTM Packaging Solutions of Texas, LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. Plaintiffs' Reply in Further Support of Motion to Compel Defendant Georgia-Pacific to Provide Further Responses to Phone Records Discovery Requests (Attachments: # 1 Declaration of Brian D. Clark w/ Exhibit A)(Freed, Michael) (Entered: 09/17/2014) |
| 09/18/2014 | 750 | SEALED DOCUMENT by Plaintiffs Chandler Packaging, Inc., Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, MTM Packaging Solutions of Texas, LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. Motion for Advancement of Expenses (Attachments: # 1 Declaration of Michael J. Freed (w/ Exhibits 1-2))(Freed, Michael) (Entered: 09/18/2014) |
| 10/24/2014 SFD | 781 | SEALED MOTION by Defendant Georgia Pacific LLC for Leave to Supplement the Briefing for Georgia-Pacific LLC's Motion to Quash the Deposition Notice for James Hannan (Attachments: # 1 Exhibit A, # 2 Declaration of Deborah K. Brown)(Jones, Stephanie) (Entered: 10/24/2014) |
| 11/04/2014 SFD | 791 | SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, MTM Packaging Solutions of Texas, LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. to Compel Deutsche Bank Securities Inc.'s |

EXHIBIT A

**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|------|---------------|-------------|
| | | Compliance with Plaintiffs' Oct. 21, 2014 Subpoena (Attachments: # 1 Declaration of Walter W. Noss w/ Exhibits A-J)(Freed, Michael) (Entered: 11/04/2014) |
| 11/07/2014 SFD | 796 | SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, MTM Packaging Solutions of Texas, LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. for Leave to Supplement & [Proposed] Supplemental Brief in Support of Motion to Compel RockTenn CP, LLC to Amend Privilege Log and Produce Certain Documents (Attachments: # 1 Index of Exhibits w/ Exs. A-E)(Freed, Michael) (Entered: 11/07/2014) |
| 11/10/2014 SFD | 798 | SEALED RESPONSE by RockTenn CP, LLC to SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, MTM Packaging Solutions of Texas, LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. for Leave to Su 796 (Attachments: # 1 Exhibit A)(Lydon, Matthias) (Entered: 11/10/2014) |
| 12/01/2014 SFD | 810 | SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, MTM Packaging Solutions of Texas, LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. to Compel International Paper Co. & Temple-Inland, Inc. to Produce Certain Documents (Attachments: # 1 Declaration of Jeffrey T. Sprung w/ Exs. A-F)(Freed, Michael) (Entered: 12/01/2014) |
| 04/13/2015 SFD | 879 | SEALED DOCUMENT by Defendant Georgia Pacific LLC Exhibits E, F, and K to the Declaration of Deborah K. |

**EXHIBIT A**

**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| | | Brown, dated April 13, 2015 (Jones, Stephanie) (Entered: 04/13/2015) |
| 06/02/2015 SFD | 907 | SEALED EXHIBIT by Defendant RockTenn CP, LLC (Exhibit A) regarding MOTION by Defendant RockTenn CP, LLC to compel sufficient Responses to Interrogatories 906 (Lydon, Matthias) (Entered: 06/02/2015) |
| 06/02/2015 SFD | 912 | SEALED MOTION by Defendant Georgia Pacific LLC Second Motion to Compel Plaintiffs to Provide Sufficient Responses to Interrogatories (Jones, Stephanie) (Entered: 06/02/2015) |
| 06/02/2015 SFD | 913 | SEALED DOCUMENT by Defendant Georgia Pacific LLC Exhibits A and C to the Declaration of Deborah K Brown (Jones, Stephanie) (Entered: 06/02/2015) |
| 06/03/2015 SFD | 918 | SEALED DOCUMENT by Plaintiffs Chandler Packaging, Inc., Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, MTM Packaging Solutions of Texas, LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. Response in Opposition to Motions by RockTenn CP, LLC and Georgia-Pacific, LLC to Compel Futher Responses to Interrogatories (Attachments: # 1 Exhibit 1)(Freed, Michael) (Entered: 06/03/2015) |
| 07/21/2015 SFD | 969 | SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, MTM Packaging Solutions of Texas, LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. to Extend Time for Deposition of Defendants' Economist Steven J. Davis, And to Compel Production of Certain Backup Materials (Attachments: # 1 Appendix A, # 2 Declaration of Michael J. Freed & Exhibits 1-4)(Freed, Michael) (Entered: |

**EXHIBIT A**
**DOCUMENTS TO BE RETURNED TO DISTRICT COURT**

| DATE | DOCKET NUMBER | DESCRIPTION |
|---|---|---|
| | | 07/21/2015) |
| 07/23/2015 SFD | 972 | SEALED RESPONSE by International Paper, Temple-Inland, Inc. to SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, MTM Packaging Solutions of Texas, LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. to Extend Time f 969 Defendants International Paper Company's and Temple-Inland Inc.'s Opposition to Plaintiffs' Motion to Extend Time for Deposition of Defendants' Economist Steven J. Davis, and to Compel Production of Certain Backup Materials (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Miller, Britt) (Entered: 07/23/2015) |
| 10/02/2015 SFD | 989 | SEALED MOTION by Plaintiffs Chandler Packaging, Inc., Ferraro Foods of North Carolina, LLC., Ferraro Foods, Inc., Kleen Products LLC, MTM Packaging Solutions of Texas, LLC, Mighty Pac, Inc., R.P.R. Enterprises, Inc., RHE Hatco, Inc. (Attachments: # 1 Declaration of Michael J. Freed w/ Ex. 1)(Freed, Michael) (Entered: 10/02/2015) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2015, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

   /s/ Miguel A. Estrada
Miguel A. Estrada
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500
mestrada@gibsondunn.com